

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00449-CV

**IN THE MATTER OF THE ESTATE OF HUGH BOB SPILLER**, deceased,

From the County Court, Menard County, Texas
Trial Court No. 2013-02059
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 23, 2015. No more extension of time will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court